**FORM A**

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, **42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT

Northern District of Indiana

-FILED-

AUG 05 2019

JERRY Bledson XA338
KERVEI Williams XA442
Mario L Hollins XA 938
Quinton WEBB X337
Edwon Bush XA347

(Enter above the **FULL** name and inmate
number of the plaintiff or plaintiffs in this action)

vs.

**COMPLAINT**

2·19CV 278

Warden, Michael Zenk
Warden, O'connor
Lake County Sheriff, Oscar Martinez

(Enter above the **FULL** name of each defendant
in this action)

(**NOTE:** If there is more than one plaintiff, the information in parts I and II should be shown for
EACH plaintiff by name, using a separate sheet of paper.

I.  Previous Lawsuits:

   A.  Have you begun other lawsuits in State or Federal Court dealing with the <u>same
       facts</u> involved in this action or otherwise relating to your imprisonment?
       Yes ( ) No (X)

   B.  If your answer to **A** is Yes, please answer questions 1 thru 7. (If there is more than
       one lawsuit, describe the additional lawsuits on another sheet of paper, using the
       same outline.)

1. Parties to this previous lawsuit
   Plaintiffs _____

   Defendants _____

2. Court (if Federal Court, name the district; if State Court, name the county)
   _____

3. Docket Number _____

4. Name of Judge to whom the case was assigned _____

5. Disposition, if known (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of Present Confinement **Lake County Jail Crown Point, IN**

   A. Is there a prisoner grievance procedure in this institution?
      Yes (X) No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes (X) No ( )

   C. If your answer is **Yes**,
      1. What steps did you take?
         I submited multiple Grievance complaining about my living conditions

      2. What was the result?
         No action was taken on the Jail behalf I have been getting Ignored.

   D. If your answer is **No**, explain why not


   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

   F. If your answer is **Yes**,
      1. What steps did you take?

      2. What was the result?

2

III. Parties
(In item **A** below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiff(s), if any.)

A. Name of Plaintiff Jerry Bledson XA338
   Address 2293 North Main St Crown Point, IN 46307

B. Additional plaintiffs Kervel Williams, Mario L Hollins Clunton Webb X337, Edwon Bush

(In item **C** below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item **D** for the names, positions, and places of employment of any additional defendants.)

C. Defendant Oscar Martinez
   is employed as Sheriff
   at Lake County Jail, Crown Point INdiana

D. Additional defendants Wardens, Michael Zenk, and O'Connor employed at Lake County Jail 2293 North Main St Crown Point IN 46307

IV. Jurisdiction
This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C. § 1343. Plaintiff(s) allege(s) the defendant(s) acted under color of state law with regard to the facts stated in part V of this complaint.

3

V. **Statement of Claim**

(state here as briefly as possible the **FACTS** of your case. You **MUST** state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events. Attach an extra sheet if necessary, and write the heading **PART V CONTINUED** at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.)

I Jerry Bledson Arrived At the Lake County Jail on 6-26-19 at between 9-9:30 AM I was forced to sleep on a filthy holding cell floor for over 48 hours with no bed Due to the Jail being overcrowded. Also I have been being denied My no red meat trays after I told the nurses I cant eat red meat so I'm being starved every time Red meat is on the tray. The showers are turned off 23 hours out the day so its normal for me not to have recieved a shower for days straight. Our housing unit is filthy we dont get any cleaning supplys we our forced to live in A Mold Infected environment the showers are filled with urin and human Fieces because we are not allowed back in our cells during day

VI. (State briefly exactly what you want the Court to do for you. Make no legal arguments. **Do not cite cases or statutes.**)

I want to be Compensated for My Pain and Suffering, the Health Department needs to come and Inspect this Jail.

VII. Statement Regarding Assistance in Preparing this Complaint
  A.  Did any person other than a named plaintiff in this action assist you in preparing this complaint? **Yes** ( ) **No** (X)
  B.  If your answer is **Yes** name the person who assisted you.
  C.  Signature of person who helped prepare complaint.

  (Signature) _____ (Date) _____

VIII. **Signature(s) of Plaintiff(s)**

  Signed the 29 day of July, 19.
  (Signature of Plaintiff) Jerry Bledson
  Signatures of additional plaintiffs, if any:

4

Form A Continued

All Inmates Plaintiffs have suffered these inhumane conditions at the Lake County Jail.

All Inmates are currently housed at Lake County Jail.

*Rickey Kendrick*
*Khabauwjh Musgrove*
*Devon Gibson*

# PART V. Continued

## Statement of Claim

**(Jerry Bledson)**

WE Are Forced to walk around with no socks, T-shirts, or underwear. It's not given to us when we Arrive here at Lake County Jail. This caused me to get sick and catch Staf Infection on my feet. You can't see a nurse unless you have $15 Just to fill out a nurse sick call slip then another $15 Just to get some type of medicine from the nurse. There are water leaks In the Ceiling in different areas of the day Room so there is Always Puddles of water on the floor around the Phones and TV area. These are unhumane Conditions we are Forced to live In. The ventilation system Is backed up so there Is no Air circlelating In or out the cells.

**"Kervel Williams"**

I Kervel Williams is very upset that Lake County Jail only give us cleaning supplies once a week for our showers and toilets! It's not enough for it to go around for everybody to use the cleaning supplies. I have not been able to clean my Toilet in About 4 to 5 weeks and the Toilet makes my cell smell Really bad. Also the showers are Really Dirty and we are not Allowed to take showers All Day unless it between 6 : 8 AM and it hard to get out of our cells because the C.O.'s don't Answers the call button when we call into the bubble that their in. There are puddles of water All between the showers, phones, And TV Area which is our dayroom. The walls are Nasty And sometime if not most of the time mice Run in And out my cell at Night!!! It's not Right that the Toilet's, Floors, or walls are clean in the intake Holding Cell which cause me to catch a infection on my leg from laying on the Floor And using that Nasty toilet in there! This place is worst than Jail or prison And Nobody should be forced to live in these conditions!

**"Mario L Hollins"**

I Mario L Hollins Think the live Conditions at Lake County Jail very nasty and the pod have Mold on the walls and the dayroom have fly and it, and the fly's be flying around the area I eat my food and the shower area to, and we

# PART V. Statement of Claim continued

Only allowed to clean the Shower area once a Week, and the Shower area be very nasty, and smell of urinate. My live Area is very nasty becaus we are only give Chemicals once a week to clean are toilet so I am forced to using a nasty Toilet for six day or for week because Some C.O.'s don't not let you out to use the chemicals to clean your cell, and i think no human being should be forced to live in these conditions, and Lake County Jail is forced inmate to sleep on floors do to overcrowded.

Quinton A. WEBB, XA X337, Lake County Jail, 2293, N. Main St Crown Point, IN 46307
I "Quinton A. WEBB" have Been in the Custody of Lake County Jail Since June 14, 2018, until Current date July 28, 2019  13 months and some days. The Living Conditions are Terrible which you already know from the prior "Classaction Lawsuit" its the Same thing instead of Keeping us in H pod on the floor for days + weeks at a time, they just send you to the old Jail were there are "No" Cameras or "visual proof" for us inmates to Show how we are being treated, by having to Live in such "extremely" "Poor" Living Conditions. June 14, 2018 I was placed on the 1st of "four" unsanitary decks "3A" a 32 man Housing unit, that already had 35 inmates on it I made 36. I proceeded to ask the officer where am I suppose to sleep because there was currently no beds available.

## Part V. Statement of Claim Continued

( So I tried to refuse going on the deck and they said if I don't go in there that I will be placed in "Hole" so I complied and was forced to sleep on the floor in the 1st dayroom for "11" days June 25, 2018 until a few beds were open, due to a couple inmate going home or being moved for a reason I don't know of. While there was already two people on the 2 tables by the shower so I had to sleep by the toilet where you "urinate" + take "shits" at plus smelling it all night. "Extremely" "Poor" and "unsanitary" "Living Conditions" not safe at all. They started moving people in November because

( inmate Reed caught "mercer" from the toilet. In December I was moved to "ZC" the New Jail, its more enclosed not as wide open as the old jail, you have to keep your doors closed so when you have to "urinate" we have to use the shower to piss in that is "Extremely" "unsanitary". The other "victims" of this "Statement of Claim" touched all other "Power Points" of the Living Conditions in the Pod's / NEW Jail. So on march 8, 2019 I was moved back to the old jail section "3b" another "32 man unit" but this time there was already (41 inmates on deck) Im pretty sure if you Ladies or Gentzlman Just showed up one day that you would see

( the "Living Conditions" throughout this jail is "Totally" "unexceptable" - Im sure not up to state standards. I tried to refuse again + the C/O stated "WEBB" Get in there "You know how this "shit" goes!

"Part V. Statement of Claim Continued"

and again threatned me with i can go to the "Hole" or I can check in to "Protcetive Custody" kown as "P.C." + I wasn't going so I complied, and stayed on the Dayroom floor with "NINE" other people on the floor next to me Now that extreme to not even have a Nuff room to even roll over at night + some of us didn't have "boats" so it just a thin mat on a hard concrete floor. I had to stay on that floor in the dayroom for "17" days march 25, 2019 is when a bed space was available for me. On June 14, 2019 I went to medical I was complaning of a itching sensation on my hands, arms, and feet, a lot of small "bumps" started to appear so when I went and saw the doctor I told him that I was in the shower oneday then woke up like kind of paranoid cause I had bumps all over my body I thought I caught something which he tried telling me it was just clogged pores + to stop washing my hands so much so he prescribed me a cream I've never heard of called "Gordong urea cream" I have no idea what its used for, but it didn't help I'm still trying to figure out what's going on with me and if I've contracted some kind of "disease" from "Lake County Jail" they just try + tell me to change soaps something needs to happen we the Inmates have taken "Action". Respectfully submitted, Quinton Webb (I.C. 35-44.1-2-1) July 29, 2019, /S/ Quinton Webb