UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

JERRY BLEDSON,
Plaintiff,

v.

OSCAR MARTINEZ,
Defendant.

CAUSE NO. 2:19-CV-278-TLS-JPK

FILED
JUN 15 2020
At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## STATUS REPORT

At the said point in time of a actual hearing the Plantiff plans to implement and use as exhibits grievances and request previously field by me. Please take note & under advisement, that the Lake County Jail will not release to me requested grievances that are required for this process. I am requesting the Honorable Judge Joshua P. Kolar to order Lake County Grievance Department to release to me all copies of previous & present grievances & request that been filed by me concerning my living conditions, safty, health issues, and sanitary issues at the Lake County Jail to me. Also I the Plaintiff request the Honorable Judge to order the Lake County Jail staff to release to me or to the courts all the records for the maintence work orders that was placed for sections 3C & XA from the dates going back to 6-26-2019 to the present day which is 6-9-2020. I believe if I acquire these documents they will help me prepare a stronger argument for my civil procedure.

I the Plaintiff will need these documents by 07-1-2020
My deadline for completing and filing my discovery is set for 7-14-2020
I the Plaintiff do not agree with the July 22, 2020 date for the Defendant to file summary judgment motion regarding exhaustion of administrative remedies. I feel there is no need to keep prolonging this procedure one month from this day is more then enough time for Defendant to respond to the courts.
Deadline date should be set for a later day in June, 2020.

Respectfully submitted.

*/s/ Jerry Bledsoe/*



Office of The Clerk
United States District Court
1300 S. Harrison Street
Fort Wayne, INDIANA 46802

INMATE
Name Jerry Bledson
Sec 3C
Lake County Jail
2293 N. Main St.
Crown Point, IN 46307